

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2014

No. 04-14-00823-CV

**IN RE** Olga Hachar **LAVAUDE**, Guadalupe Hachar Didieu, George L. Hachar Jr.,
Richard M. Hachar, Christina H. Saldana, Yvonne S. LaVaude, and Louis P. LaVaude

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Luz Elena D. Chapa, Justice

On November 25, 2014, relators filed a petition for writ of mandamus. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 4th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-18274, styled *George L. Hachar Sr., Individually and On Behalf of the George L. Hachar Trust v. Falcon International Bank and Verde Corp.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.